# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 14-00028 |
| VERSUS | UNASSIGNED DUTY JUDGE |
| JOHN HAROLD MATERNE | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's motion for credit for time served [Doc. No. 138], construed as a motion for relief under 28 U.S.C. § 2241 is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 7th day of May, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE